# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>MARTIN JAVIER HERNANDEZ (2)<br><br>                              Defendant. | Case No. 21-CR-00823-JLS-2<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>APR - 8 2021<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Ct 1 - 21:952, 960; 18:2 - Importation of Methamphetamine (Felony); Aiding and Abetting

☒ Ct 2 - 21:952, 960; 18:2 - Importation of Heroin (Felony); Aiding and Abetting

Ct 3 - 21:952, 960; 18:2 - Importation of Fentanyl (Felony); Aiding and Abetting

Dated: April 8, 2021

Hon. Andrew G. Schopler
United States Magistrate Judge